UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| GERARD FRANK SCOTT, | ) | CASE NO. 1:11 CV 2513 |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| v. | ) | |
| CITY OF BEDFORD HEIGHTS, et al., | ) | JUDGMENT ENTRY |
| Defendants. | ) | |

This Court having contemporaneously filed its Memorandum of Opinion in this case, it is therefore ORDERED that this action is dismissed.

_____ 12/19/11
DONALD C. NUGENT
UNITED STATES DISTRICT JUDGE